IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-257-MOC-DCK

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE EUCLID CHEMICAL COMPANY, )<br>and GIANT CEMENT COMPANY, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Lex M. Erwin on August 23, 2012, concerning Andrew J. Pulliam. Mr. Pulliam seeks to appear as counsel *pro hac vice* for Plaintiff Southern Concrete Products, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Pulliam is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Southern Concrete Products, Inc.

Signed: August 23, 2012

David C. Keesler
United States Magistrate Judge