IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-257-MOC-DCK

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE EUCLID CHEMICAL COMPANY, ) and GIANT CEMENT COMPANY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Lex M. Erwin on August 23, 2012, concerning Andrew J. Pulliam. Mr. Pulliam seeks to appear as counsel *pro hac vice* for Plaintiff Southern Concrete Products, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Pulliam is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Southern Concrete Products, Inc.

Signed: August 23, 2012

David C. Keesler
United States Magistrate Judge