UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12cv257

| | | |
|---|---|---|
| **SOUTHERN CONCRETE PRODUCTS, INC.,** | ) ) ) | |
| Plaintiff(s), | ) ) | |
| Vs. | ) ) | ORDER |
| **THE EUCLID CHEMICAL COMPANY; and GIANT CEMENT COMPANY,** | ) ) ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the joint "Motion of Dismissal With Prejudice of Defendant Giant Cement Company." Defendant The Euclid Chemical Company has informed the court that it will not oppose such motion. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint "Motion of Dismissal With Prejudice of Defendant Giant Cement Company" (#31) is **GRANTED**, the claims asserted against defendant Giant Cement Company are **DISMISSED** with prejudice, and such defendant is **DISMISSED** from this action.

Signed: February 13, 2013

Max O. Cogburn Jr.
United States District Judge