IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-257-MOC-DCK

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| THE EUCLID CHEMICAL COMPANY and GIANT CEMENT COMPANY, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Postpone The Discovery And Mediation Deadlines" (Document No. 43) filed on March 4, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Postpone The Discovery And Mediation Deadlines" (Document No. 43) is **GRANTED**. The parties shall have up to and including **May 1, 2013** to complete discovery and mediation.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed on or before **May 3, 2013**.

Signed: March 4, 2013

_____
David C. Keesler
United States Magistrate Judge