IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-257-MOC-DCK

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) ORDER |
| THE EUCLID CHEMICAL COMPANY, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's counsel, Lex M. Erwin, filed a "Report Of Mediation" (Document No. 55) notifying the Court that the parties reached a settlement on April 15, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 15, 2013**.

**IT IS FURTHER ORDERED** that the pending motions (Document Nos. 47, 49, and 53) are **DENIED AS MOOT**.

Signed: May 2, 2013

David C. Keesler
United States Magistrate Judge